MITCHELL F. BOOMER (State Bar No. 121441)
CYNTHIA S. SANDOVAL (State Bar No. 191390)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
Attorneys for Defendant NORDSTROM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHRAM AMIDI,<br><br>Plaintiff,<br><br>v.<br><br>NORDSTROM, INC. and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. C 04-04558 EDL<br><br>**STIPULATED DISMISSAL [FED.R.CIV.PROC. 41(B)]** |

TO: THE CLERK OF THE COURT:

Plaintiff Shahram Amidi and Defendant NORDSTROM, INC hereby notify the Court that the parties stipulate to dismissal with prejudice of the entire above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1).

///

///

///

///

///

///

///

Accordingly, the parties hereby request the Court enter dismissal at its earliest convenience.

Respectfully submitted,

Dated: November 2, 2005

Charles A. Davis
Counsel for Plaintiff Shahram Amidi

Dated: November 2, 2005

JACKSON LEWIS LLP
Mitchell F. Boomer
Cynthia S. Sandoval
Counsel for Defendant Nordstrom, Inc.

H:\N\Nordstrom [71367]\AMIDI\Pleadings\Stip Req for Dismissal.doc